UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORGE PACHECO, et al., :

            Plaintiffs, : ORDER

-v.- : 18 Civ. 251 (GWG)

CHICKPEA AT 14TH STREET INC., et al., :

            Defendants. :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court is prepared to preliminarily approve the proposed settlement agreement reflected in Docket # 293 along with the revised notice.

      The parties shall file the executed agreement within 14 days. At the same time, they shall file a letter attaching a revised proposed order (and shall email the proposed order to Chambers in Word or Wordperfect format). The letter may include requests for particular dates for the fairness hearing, which would normally be scheduled for 4:00 p.m.

      SO ORDERED.

Dated: March 4, 2020
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge