IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE PACHECO, *on behalf of himself, FLSA Collective Plaintiffs and the Class*,<br><br>                        Plaintiff,<br>v.<br><br>CHICKPEA AT 14TH STREET INC., CHICKPEA AT LIC, INC., CHICKPEA AT PENN INC., CHICKPEA INTERNATIONAL INC., CHICKPEA ON 6TH AVENUE INC., C P AT WILLIAM ST. INC. d/b/a CHICKPEA, C P AT 45TH ST. INC. d/b/a CHICKPEA, C P AT LEXINGTON AVENUE INC. d/b/a CHICKPEA, C P AT MADISON AVENUE INC. d/b/a CHICKPEA, ALIMADE LLC d/b/a CHICKPEA, SANAA ENTERPRISES, INC. d/b/a CHICKPEA, AKBARALI HIMANI, and RONALD SIEGEL,<br><br>                        Defendants. | Case No.: 18-cv-00251<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVES' SERVICE AWARDS** |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Unopposed Motion for Approval of Class Representatives' Service Awards and in the Declaration of C.K. Lee in Support of Plaintiff's Unopposed Motion for Approval of Attorneys' Fees, Administration Fees and Reimbursement of Expenses and Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order granting a service award to Named Plaintiff Jorge Pacheco in the amount of $10,000, a service award to Opt-In Plaintiff Salvador Loreto in the amount of $7,500, a service award to Opt-In Plaintiff Sorobabel Sierra in the amount of $5,000, a service award to Opt-In Plaintiff Stephanie Bere in the amount of $5,000, and a service award to Opt-In Plaintiff Shanawaj Ahmed in the amount of $5,000, to be paid from the Settlement Fund, in recognition of the services

they rendered on behalf of the class, pursuant to the terms of the Parties' Settlement Agreement and Release.

Dated: July 30, 2020

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By:    */s/ C.K. Lee*
       C.K. Lee (CL 4086)
       Anne Seelig (AS 3976)
       148 West 24th Street, Eighth Floor
       New York, NY 10011
       Tel.: 212-465-1188
       Fax: 212-465-1181
       *Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*