UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORGE PACHECO, et al.,                                :

                                                              :

        Plaintiffs,                    ORDER
                                            :        18 Civ. 251 (GWG)

   -v.-

                                            :

CHICKPEA AT 14TH STREET INC., et al.,
                                            :

        Defendants.                    :
------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

       The fairness hearing scheduled for August 20, 2020, at 4:00 p.m. (Docket # 299) will take place <u>telephonically</u>. At that time, the parties shall dial (888) 557-8511 and use access code: 6642374. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

       When addressing the Court, counsel must <u>not</u> use a speakerphone.

       Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the change.

       SO ORDERED.

Dated: July 31, 2020
       New York, New York

\_

                                                *[signature]*
                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge